IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:95-CR-00200-RLV

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL CONRAD WRIGHT, | ) | |
| **Defendant.** | ) | |

**BEFORE THE COURT** is the United States of America's "Motion to Dismiss Supervised Released Violation Petition." (Doc. 26). The Motion requests that the Court dismiss the Supervised Release Petition filed on February 23, 2000. The Motion is **GRANTED** for the reasons stated therein. The Petition is hereby **DISMISSED**.

**SO ORDERED.**

Signed: April 12, 2016

Richard L. Voorhees
United States District Judge